[No. 10202-1-II.   Division Two.   October 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MARVIN ALLEN WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-1-01946-8, Thomas A. Swayze, Jr., J., entered June 3, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 10215-3-II.   Division Two.   October 27, 1987.]

*In the Matter of J.K.*

Appeal from a judgment of the Superior Court for Pierce County, No. 164540, David H. Johnson, J. Pro Tem., entered July 22, 1986. *Affirmed* by unpublished opinion per Alexander, A.C.J., concurred in by Petrich and Worswick, JJ. Now published at 49 Wn. App. 670.

[No. 7680-6-III.   Division Three.   October 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT MURRIN TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85-1-00999-2, Marcus M. Kelly, J., entered February 28, 1986. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Thompson, JJ.